UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANGEL OLVIDIO ESCOBAR-SABALLOS, | Case No. 2:12-cv-01698-MMD-GWF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Plaintiff has submitted a *pro se* civil rights complaint. (Dkt. no. 1.) Plaintiff has failed to either pay the filing fee or submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with either the $350.00 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice.

IT IS FURTHER ORDERED that the Clerk SHALL SEND plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983, an application to proceed *in forma pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

1     IT IS FURTHER ORDERED that the Clerk SHALL SEND plaintiff a copy of his
2 initiating documents (dkt. no. 1).
3     IT IS FURTHER ORDERED that the Clerk SHALL ENTER judgment accordingly
4 and close this case.
5     DATED THIS 16th day of October 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE